STATE v. ALLEN

No. 19.

Case below: 25 N.C. App. 623.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 26 June 1975.

STATE v. BRANNON

No. 22.

Case below: 25 N.C. App. 635.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 26 June 1975.

STATE v. BREEZE

No. 154 PC.

Case below: 26 N.C. App. 48.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

STATE v. BRYANT

No. 135 PC.

Case below: 19 N.C. App. 55.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

STATE v. CROWE

No. 120 PC.

Case below: 25 N.C. App. 420.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.